12652. REAGIN *v.* THE STATE.

LUKE, J. A conviction of assault with intent to murder was fully authorized by the evidence. The charge of the court was full and fair and not subject to any criticism urged.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 16, 1921.

Indictment for assault with intent to murder; from DeKalb superior court — Judge Hutcheson. May 28, 1921.

*Branch & Howard, Bond Almand,* for plaintiff in error.

*A. M. Brand, solicitor-general,* contra.